# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NICHOLAS COLUCCI, d/b/a EZ LINE PUTTERS, | § § § | CIVIL NO. 6:08-CV-288-JDL |
| Plaintiff, | § § | |
| v. | § § | PATENT CASE |
| CALLAWAY GOLF COMPANY, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF, NICHOLAS COLUCCI D/B/A EZ LINE PUTTERS' MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO CALLAWAY GOLF COMPANY'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

On this day came on to be heard the Motion for Extension of the Deadline to Respond to Callaway Golf Company's Motion for Summary Judgment of Non-Infringement filed by Plaintiff, Nicholas Colucci d/b/a EZ Line Putters ("Colucci") and the Court having now reviewed said motion finds that it is well taken and should be GRANTED. It is, therefore,

ORDERED that the deadline in which Colucci is to respond to Callaway Golf Company's Motion for Summary Judgment of Non-Infringement is hereby extended to January 4, 2010.

**So ORDERED and SIGNED this 22nd day of December, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE