**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **NICHOLAS COLUCCI** <br> **d/b/a EZ LINE PUTTERS** <br><br> Plaintiff, <br><br> v. <br><br> **CALLAWAY GOLF COMPANY.,** <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION No. 6:08cv288-JDL |

## ORDER

On this day came on to be heard the Unopposed Motion for Extension of the Deadline to Respond to Callaway Golf Company's Motion for Summary Judgment of No Liability for Trade Dress Infringement, Unfair Competition and Unjust Enrichment (Doc. No. 76) filed by Plaintiff, Nicholas Colucci d/b/a EZ Line Putters ("Colucci") and the Court having now reviewed said motion finds that it is well taken and should be **GRANTED**.

It is, therefore, **ORDERED** that the deadline in which Colucci is to respond to Callaway Golf Company's Motion for Summary Judgment of Non-Infringement is hereby extended to Monday, **January 25, 2010**.

**So ORDERED and SIGNED this 30th day of December, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE