# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Nicholas Colucci, d/b/a EZ Line Putters,<br><br>　　　Plaintiff,<br><br>v.<br><br>Callaway Golf Company,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§　Civ. No. 6:08-CV-288 (JDL)<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Nicholas Colucci, d/b/a EZ Line Putters and Defendant Callaway Golf Company jointly move the Court to dismiss all claims asserted by any party <u>with prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorneys' fees.

Dated:  October 8, 2010　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Andy Tindel
　　　　　　　　　　　　　　　　　　　　ANDY TINDEL
　　　　　　　　　　　　　　　　　　　　State Bar No. 20054500
　　　　　　　　　　　　　　　　　　　　Provost Umphrey Law Firm, L.L.P.

　　　　　　　　　　　　　　　　　　　　112 East Line Street, Suite 304
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 596-0900
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 596-0909
　　　　　　　　　　　　　　　　　　　　E-mail: atindel@andytindel.com

　　　　　　　　　　　　　　　　　　　　Dariush Keyhani, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　(NJ SBN 044062002) (Lead Attorney)
　　　　　　　　　　　　　　　　　　　　Sidney R. Bresnick, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　(NY SBN 10235751)
　　　　　　　　　　　　　　　　　　　　Meredith & Keyhani, PLLC
　　　　　　　　　　　　　　　　　　　　330 Madison Avenue, 6th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 760-0098

        Direct Dial: (646) 536-5692  
        Facsimile: (212) 202-3819  
        dkeyhani@meredithkeyhani.com  
        sbresnick@meredithkeyhani.com  

        ATTORNEYS FOR PLAINTIFF

        /s/ Wesley Hill  
        W. Chad Shear  
        Tex. Bar No. 24013493  
        FISH & RICHARDSON, P.C.  
        1717 Main Street, Suite 5000  
        Dallas, TX 75201  
        Tel: (214) 747-5070  
        Fax: (214) 747-2091  

        Wesley Hill  
        Texas Bar No. 24032294  
        WARD & SMITH LAW FIRM  
        111 W. Tyler Street  
        Longview, TX 75601  
        Tel: (903) 757-6400  
        Fax: (903) 757-2323  
        wh@jwfirm.com  

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via electronic delivery or U.S. mail this 8TH day of October, 2010.

        /s/ Wesley Hill