IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Nicholas Colucci, d/b/a EZ Line Putters, § § § Plaintiff, § § v. § § Callaway Golf Company, § § Defendant. § | Civ. No. 6:08-CV-288 (JDL) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. Having considered the matter, the Court GRANTS the motion and DISMISSES all claims by any party and the entirety of this action WITH PREJUDICE. Each party shall bear its own costs and attorneys fees.

**So ORDERED and SIGNED this 15th day of October, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE